IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-CR-78-BO-1
7:14-CR-78-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VICTOR FRANCISCO VALLADARES, | ) | |
| JUSTICE DEVON PRICE, et al. | ) | |

This matter is before the Court on the government's oral motion regarding potential conflicts of interest. [*See* DE 83]. A hearing was held on September 12, 2014, pursuant to Federal Rule of Criminal Procedure 44(c) to determine whether a conflict of interest would exist were defendants Valladares and Price jointly represented by the same attorney. [DE 92]. The Court hereby takes the matter under advisement and sets the following briefing schedule for the parties to further inform the Court on the issue of joint representation.

The government's brief shall be filed no later than September 23, 2014. Defendants' response shall be filed within five (5) days after the service of such brief. The Court will issue its ruling on the propriety of the joint representation following review of the briefs.

The Court finds that the ends of justice served by investigating the potential conflict of interest outweigh the interests of the defendant and the public in a speedy trial. Therefore, any delay caused by this briefing schedule shall be excluded pursuant to 18 U.S.C. § 3161(h).

SO ORDERED.

This the __16__ day of September, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE