UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-00078-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VICTOR VALLADARES, et al | ) | |

This matter comes now before this Court upon motion by the United States, by and through the United States Attorney, to stay the pre-trial discovery conference deadline regarding Victor Valladares and Justice Price until such time as the Court deems necessary and appropriate under the circumstances, in order to allow a resolution of the matter of a protective order governing the handling of discovery material to be produced to Victor Valladares and Justice Price.

For good cause shown, the motion is GRANTED. The pre-trial conference deadline with respect to Victor Valladares and Justice Price is stayed until such time as the matter of a protective order governing the handling of discovery material to be produced to Victor Valladares and Justice Price is resolved by the Court.

So ordered, this 23 day of September, 2014

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE