UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-00078-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR FRANCISCO VALLADARES<br>JUSTICE DEVON PRICE<br>RONALD LEE HARRY | **ORDER MODIFYING THE STIPULATION AND ORDER REGARDING PROTECTION OF GOVERNMENT DISCOVERY [DE 153]** |

The Court allows the parties' motion to modify the October 30, 2014 Protective Order, allowing defense counsel to send their clients the wire tap transcriptions at BATES 781-1923 and criminal histories and judgments at BATES 25-179.

Defendants are prohibited from copying this discovery or disclosing this discovery to any other persons. All other provisions of the October 30, 2014 Protective Order [DE 153] remain in effect.

SO ORDERED 13th, day of December 2014.

TERRENCE W. BOYLE
United States District Judge