UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-00078-BO-1
NO. 7:14-CR-00078-BO-2
NO. 7:14-CR-00078-BO-8

UNITED STATES OF AMERICA

v.

VICTOR FRANCISCO VALLADARES
JUSTICE DEVON PRICE
RONALD LEE HARRY

**CORRECTED ORDER MODIFYING THE STIPULATION AND ORDER REGARDING PROTECTION OF GOVERNMENT DISCOVERY [DE 153]**

The Court allows the parties' motion to modify the October 30, 2014 Protective Order, allowing defense counsel to send their clients the wire tap transcriptions at BATES 781-1923, criminal histories and judgments at BATES 25-179, and laboratory reports at BATES 2302-3958.

Defendants are prohibited from copying this discovery or disclosing this discovery to any other persons. All other provisions of the October 30, 2014 Protective Order [DE 153] remain in effect.

This the 17 day of December, 2014.

TERRENCE W. BOYLE
United States District Judge