UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-00078-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR FRANCISCO VALLADARES | **SECOND ORDER MODIFYING THE STIPULATION AND ORDER REGARDING PROTECTION OF GOVERNMENT DISCOVERY [DE 153]** |

The Court allows the parties' motion to modify the October 30, 2014 Protective Order and December 15, 2014 Modification, and allows defense counsel to send their client, Mr. Victor Valladares, the following BATES stamped pages: BATES 180-185, 187-537, 541-1923, 1999-2010, 2021-2169, 2176-2185, 2188-2209, 2212-2214, 2217, 2220-2232, 2236-2276, 4503-4580.

Defendant is prohibited from copying this discovery or disclosing this discovery to any other persons. All other provisions of the October 30, 2014 Protective Order [DE 153] and modification [DE 164] remain in effect.

SO ORDERED this 3 day of November, 2015.

_____
TERRENCE W. BOYLE
United States District Judge